

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
501 West 5th Street, Ste. 1100
**Austin, TX  78701**

**PHILIP J. DEVLIN**
**CLERK OF COURT**

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**June 22, 2026**

RE:    *HFT Solutions, LLC v. Optiver US LLC et al*
  1:26-cv-01682-ABD, formerly US District Court - Western District of Texas, Midland/Odessa
Division Case No.  7:25-cv-00415

Dear Counsel:

This is to advise you that the above captioned case has been transferred from the US District
Court – Western District of Texas – Midland/Odessa Division and filed in this office on June 10,
2026.

The case has been given case number **1:26-cv-01682**  and assigned to the Honorable Andrew B.
Davis.  It is requested that all future pleadings reflect the case number assigned in this court and
that they be filed in the Office of the Clerk at the above address.

Please be sure to review the Local Rules for the Western District of Texas, standing orders for
the Austin Division, and the Administrative Policies and Procedures for Electronic Filing.  The
***E-Filing and E-Noticing Registration Form*** and various other forms are available on our
website *www.txwd.uscourts.gov*.

If you have any questions regarding the above information, please do not hesitate to call our
office at (512) 916-5896.

Sincerely,


Deputy Clerk/LE