**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **HFT SOLUTIONS, LLC** | § | |
| | § | |
| **vs.** | § | **NO: AU:26-CV-01682-ABD-DTG** |
| | § | |
| **OPTIVER TRADING US LLC, ET AL.**<br>***Defendant*** | § | |

# ORDER SETTING MARKMAN HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Wednesday, October 28, 2026 at 09:00 AM (2 hour time block). Parties are instructed to meet and confer about the scheduling order dates and file a Motion for Entry of Scheduling Order by close of business Tuesday, September 8, 2026.

**IT IS SO ORDERED** this **24th day of August, 2026**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE