**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

HFT Solutions, LLC,

*Plaintiff/*
*Counterclaim Defendant*,

v.

OPTIVER US LLC and OPTIVER TRADING US LLC,

*Defendants/*
*Counterclaim Plaintiffs*

Case No. 1:26-cv-01682-ABD-DTG

**JURY TRIAL DEMANDED**

## FIRST AMENDED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| 9/30/2026 | Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date. |
| 10/28/2026 (or as soon as practicable) | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| 10/29/2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 1/11/2027 | Final Infringement Contentions.<br><br>The party claiming patent infringement shall serve its Final Infringement Contentions.<br><br>No party may offer expert testimony, evidence, or argument at trial on any theory of infringement or invalidity, or on any prior art reference or combination of references, that was not disclosed in its final contentions. |

| | |
|---|---|
| 2/10/2027 | Final Invalidity Contentions.<br><br>Each party opposing a claim of patent infringement shall serve its Final Invalidity Contentions. |
| 3/12/2027 | Motions to add new parties.<br><br>The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party. This deadline does not modify the requirements of the Federal Rules of Civil Procedure regarding court action to join parties. *See*, e.g., Fed. R. Civ. P. 21. |
| 4/12/2027 | Motions for leave to amend pleadings.<br><br>This deadline does not modify the requirements of the Federal Rules of Civil Procedure regarding leave of court to amend pleadings. *See*, e.g., Fed. R. Civ. P. 15(a). |
| 5/12/2027 | First Conference to Narrow Claims and Prior Art.<br><br>The parties shall meet and confer to discuss significantly narrowing the number of asserted claims and prior art references at issue, and shall file a joint report on the results within 5 business days. Unless the parties agree to narrowing, they shall contact the Court to arrange a conference to resolve the disputed issues. |
| 6/11/2027 | Close of Fact Discovery. |
| 7/12/2027 | Opening Expert Reports.<br><br>All parties with the initial burden of proof on an issue must file their designation of testifying experts and serve on all parties, but not file, the required report under Rule 26(a)(2). |
| 8/11/2027 | Rebuttal Expert Reports.<br><br>All parties opposing an issue on which another party bears the initial burden of proof must file their designation of testifying experts and serve on all parties, but not file, the required report under Rule 26(a)(2). |
| 9/15/2027 | Close of Expert Discovery. |
| 9/29/2027 | Second Conference to Narrow Claims and Prior Art.<br><br>The parties shall meet and confer to discuss narrowing the number of asserted claims and prior art references at issue to triable limits, and shall file a joint report on the results within 5 business days. Unless the parties agree to narrowing, they shall contact the Court to arrange a conference to resolve the disputed issues. |

| | |
|---|---|
| 10/6/2027 | Deadline for mediation or settlement conference. |
| 10/27/2027 | Dispositive motions, *Daubert* motions, and nondispositive motions.<br><br>No party may file any motion, except for a motion *in limine*, after this date without a showing of good cause. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion filed on or before this date, specifically stating the basis for the objection and identifying the objectionable testimony.<br><br>To the extent that parties anticipate seeking extensions of time to file a response or reply brief to a motion, the Court encourages the parties to submit an agreed briefing schedule rather than separate or seriatim extension requests. Motions to submit overlength briefs are disfavored. If no party files a dispositive motion, the parties must jointly file a notice informing the Court that no such motions will be filed, so that the Court may schedule the matter for trial. |
| 11/5/2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| 11/19/2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 11/19/2027 | Parties to jointly email the Court to confirm their pretrial conference and trial dates. |
| 11/29/2027 | Serve objections to rebuttal disclosures; file motions *in limine.* |
| 12/6/2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine* |
| 12/13/2027 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies to motions in limine. |
| 12/20/2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 12/22/2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |
| As later set by the Court. | Final Pretrial Conference. Held in person unless otherwise requested. |
| As later set by the Court. | Jury Selection/Trial. |

**SIGNED** this 11th day of September, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE