**FILED**
October 28, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **HFT SOLUTIONS, LLC,** | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | **CASE NO. 1:26-CV-1682-ABD-DTG** |
| **OPTIVER TRADING US LLC, and OPTIVER US LLC,** | § | |
| ***Defendants.*** | § | |

**FINAL CLAIM CONSTRUCTIONS**

Before the Court are the Parties' claim construction briefs: the defendants, Optiver Trading US LLC and Optiver US LLC's Opening Claim Construction Brief (Dkt. No. 31), the plaintiff, HFT Solutions, LLC's Responsive Claim Construction Brief (Dkt. No. 36), the defendants' Reply Claim Construction Brief (Dkt. No. 41), the plaintiff's Sur-Reply (Dkt. No. 42), and the parties' Joint Claim Construction Statement (Dkt. No. 43). On October 27, 2026, the Court provided the parties with its Preliminary Claim Constructions, and on October 28, 2026, the court held a claim construction hearing.

The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court will issue a more detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) does not begin to run until a more detailed order is entered on the docket.

| | Claim Term, Clause, or Phrase | Court's Final Construction |
|---|---|---|
| 1 | "clock domain crossing operations that delay processing"<br><br>'286 patent cl. 10<br>'305 patent cl. 7<br>'381 patent cl. 1 | Plain and ordinary meaning, wherein "that delay processing" is a claim element that must be satisfied. |
| 2 | "based at least on the first clock signal"<br><br>'286 patent cl. 1 | Plain and ordinary meaning. |
| 3 | "based at least in part on the first clock signal"<br><br>'286 patent cl. 1 | Plain and ordinary meaning, which means "based on the first clock signal and other input(s)." |

**SIGNED** this 28th day of October, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE